**[Dodsmdef]** [Dismissing for Deficiencies]

ORDERED.

**Dated: September 3, 2019**

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                     Case No.
                                                                                                 8:19–bk–07598–CPM
                                                                                                 Chapter 13
Betty Potter

_____Debtor*_____/

## ORDER DISMISSING CASE

THIS CASE came on for consideration upon the Court's own motion. The Debtor has failed to file or correct deficiencies in the item(s) indicated below by August 29, 2019 . The Court advised the Debtor of these requirements in either a Notice of Deficient Filing or by separate order of the Court.

Failure to file a Chapter 13 Plan.

Failure to file a Statement of Your Monthly Income.

Accordingly, it is **ORDERED**:

1. The case is dismissed without prejudice and without a discharge effective on the 15th day from entry of this Order.

2. If the automatic stay imposed by 11 U.S.C. § 362(a) or § 1301 is in effect at the time this Order is entered, the stay is extended 14 days from the date of this Order, notwithstanding the provisions of 11 U.S.C. § 362(c)(2)(B).

3. If Debtor files a motion to vacate or for reconsideration of the Order Dismissing Case within 14 days of the date of this Order, the automatic stay imposed by 11 U.S.C. § 362 and the stay of action against codebtor under 11 U.S.C. § 1301 shall remain in full force and effect until the Court rules on the motion.

4. All pending hearings are canceled with the exception of any currently scheduled hearing on a motion for relief from stay or on an Order to Show Cause over which the Court reserves jurisdiction.

5. The Debtor, the Trustee, or any party in interest, may, within 14 days from the date of this Order, request the Court to examine the fees paid to Debtor's attorney and request disgorgement of any portion deemed excessive. The Court shall retain jurisdiction for this purpose.

.

Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.